# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cv49

| | |
|---|---|
| GORDON REYNOLDS, )<br>)<br>    **Plaintiff,**  )<br>)<br>Vs.  )<br>)<br>MICHAEL J. ASTRUE,  )<br>**Commissioner of Social Security,**  )<br>)<br>    **Defendant.**  )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on the Commissioner's Motion for Corrected Response Date. Having considered the Commissioner's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Commissioner's Motion for Corrected Response Date (#15) is **GRANTED,** and the Clerk of this court is respectfully instructed to correct docket entry #13 to reflect the correct date for the Commissioner to file his Motion for Summary Judgment, which is October 7, 2011 (60 days from plaintiff filing his motion), consistent with the Social Security Scheduling Order.

Counsel for plaintiff as well as the Commissioner are advised not to file motions for judgment on pleadings, but motions for summary judgment as provided in the Scheduling Order, as the selection from the drop-down menu provides different response dates.

Signed: August 29, 2011

Max O. Cogburn Jr.
United States District Judge