# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gordon Reynolds,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:11cv49

Michael J. Astrue,
Commissioner of Social Security

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2012 Order.

                                Signed: March 8, 2012

Frank G. Johns, Clerk
United States District Court